UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.K. et al.,

                      Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

19-CV-10449 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In this case, Plaintiffs seek attorney's fees in connection with their claims under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* The parties are hereby ORDERED to submit a joint letter on or before February 25, 2020, not exceeding three pages, indicating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment. Finally, the parties should, in that same letter, advise the Court whether the case should be referred to a magistrate judge for a settlement conference.

    SO ORDERED.

Dated: February 4, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge