UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
M.K., et al.,

          Plaintiffs, : ORDER

    -v.- : 19 Civ. 10449 (JPO) (GWG)

NEW YORK CITY DEPARTMENT OF
EDUCATION,

          Defendant.
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for Wednesday, March 18, 2020 at 3:30 p.m. is changed to a <u>telephone</u> conference. At that time, counsel are directed to call Chambers at (212) 805-4260 with all parties on the line.[1] Please use a landline or phone with equivalent quality and do not use a speakerphone.

Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.

SO ORDERED.

Dated: March 13, 2020
      New York, New York

                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge

---

[1] If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free service should be used.